Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sburke@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON AGUILAR,<br><br>Defendant. | Case No. CV-04-03613 PVT<br><br>Hon. Patricia V. Trumbull<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT RAMON AGUILAR; [PROPOSED] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant RAMON AGUILAR ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about December 7, 2004. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

| | |
|---|---|
| DATED: June 16, 2005 | Respectfully Submitted, |
| | BUCHALTER, NEMER, FIELDS & YOUNGER<br>A Professional Corporation |
| | By: /s/ Brandon Q. Tran<br>Brandon Q. Tran<br>Attorneys for Plaintiff DIRECTV, Inc. |

### ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant RAMON AGUILAR filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant RAMON AGUILAR;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date.

DATED: June 17, 2005

/s/ Patricia V. Trumbull

_____
Honorable Patricia V. Trumbull
United States District Court
Northern District of California

BNFY 570722v1  2  (CV-04-03613 PVT)

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT RAMON AGUILAR;
[PROPOSED] ORDER THEREON**